UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:25-cr-233-CLM-GMB |
| DEMETRIUS EMMANUEL PREYER,<br>  Defendant. | |

# ORDER

The magistrate judge has entered a report, recommending that the court deny Defendant Demetrius Emmanuel Preyer's motion to dismiss the indictment (doc. 218) for two reasons. (Doc. 229). First, Preyer, who is represented by counsel, filed the motion pro se. Second, the motion to dismiss is based on sovereign citizen ideology and provides no basis for dismissing the charges against Preyer. Preyer has filed a notice of supplement (doc. 233), which the court construes as objections to the magistrate judge's report and recommendation.

The court **OVERRULES** Preyer's objections. Like the motion to dismiss, Preyer's notice of supplement is filed pro se when he is represented by counsel. And as the magistrate judge instructed Preyer, he "must communicate with his lawyer who will raise any appropriate issues with the court." (Doc. 229, p. 1). More importantly, Preyer makes only sovereign citizen style arguments, which courts have repeatedly rejected as frivolous. *United States v. Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013). Thus, neither Preyer's motion to dismiss nor his objections give the court any reason to dismiss Preyer's charges.

Having reviewed de novo the entire record, including the magistrate judge's report and Preyer's objections, the court **OVERRULES** Preyer's objections, **ADOPTS** the magistrate judge's report, and **ACCEPTS** the recommendation.

The court **DENIES** Preyer's motion to dismiss (doc. 218).

**Done** and **Ordered** on January 14, 2026.

*Corey L. Maze*
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE